# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 13, 2019

## NO. 03-19-00336-CV

**M. J. M., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

**APPEAL FROM THE 274TH DISTRICT COURT OF COMAL COUNTY**
**BEFORE CHIEF JUSTICE ROSE AND JUSTICES TRIANA AND SMITH**
**AFFIRMED -- OPINION BY JUSTICE SMITH**

---

This is an appeal from the order signed by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.